# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*Kris Kers Dimitrov*           v.           *Dora Shapiro , et al.*

THE HONORABLE JOHN W. SEDWICK           CASE NO. 2:07-cv-00089-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  July 26, 2007

---

    In a report at docket 19, Magistrate Judge Guerin recommends that the petition in this case be denied and that the motion to add a new claim at docket 15 be denied. Petitioner filed objections at docket 20.

    This court reviews the recommendation according to the following standard:  All recommended findings of fact as to which an objection is made and all recommended conclusions of law are reviewed *de novo*; all recommended findings of fact as to which no objection is made are reviewed for clear error.  This court has applied that standard and finds that all of the recommended findings of fact and conclusions of law are correct.  There is nothing in the objections filed by petitioner which shows any error in Judge Guerin's analysis.  Therefore, the court adopts the recommendations by the magistrate judge at docket 19.  Based thereon, the petition is **DENIED**, and the motion at docket 15 is **DENIED**.